Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014    FAX (213) 689-3055

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:                                    ) Case No.: 2:07-bk-18414-VK
                                          )
   Denny, Clifford Paul                   ) TRUSTEE'S NOTICE OF
                                          ) UNCLAIMED DIVIDEND
                                          ) (Bankruptcy Rule 3011)
                                          )
                                          )
                                          )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 619818 in the sum of $7.12 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

      Denny, Clifford Paul
      2076 Magnolia Ave., #8
      Long Beach, CA  90047

Date:  03/09/10

                                                NANCY CURRY

Nancy Curry Chapter 13 Trustee                                          Check No. 619818
Pay to: 50093000  U.S. BANKRUPCTY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0718414-VK | 999-0 | DENNY, CLIFFORD PAUL | | 0.00 | 7.12 | 0.00 | 7.12 |
| 0811653-VK | 999-0 | MATTINA, DAVID A. | | 0.00 | 7.65 | 0.00 | 7.65 |
| 0812791-VK | 999-0 | RECTOR, SEAN ALLEN | | 0.00 | 9.03 | 0.00 | 9.03 |

No. 619818

VOID AFTER May 27, 2010

⑆619818⑆ ⑈061100790⑈ 000000575200 ⑈